UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LINDA SUE HOOVER,

    Plaintiff,

v.

Case No. 2:13-cv-654
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

### ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 21, 2014. (ECF No. 17.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the decision of the Commissioner is **REVERSED** and this action is **REMANDED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further consideration of the opinions of Plaintiff's treating provider.

    **IT IS SO ORDERED.**

_5-1-2014_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE