AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*
Eastern Division

**LINDA SUE HOOVER,**

        **Plaintiff,**

                                    **JUDGMENT IN A CIVIL CASE**

**v.**

                                    **CASE NO.  2:13-cv-654**
**COMMISSIONER OF**                **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**               **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**

____      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the ORDER filed May 1, 2014, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g),  for further consideration of the opinions of Plaintiff's treating provider.**

Date: May 1, 2014                         JOHN P. HEHMAN, CLERK

                                   */S/ Andy F. Quisumbing*
                                  (By) Andy F. Quisumbing
                                  Courtroom Deputy Clerk