UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LINDA SUE HOOVER,**

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No.: 2:13-cv-654
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

The parties have stipulated to an award of fees under the Equal Access to Justice Act ("EAJA"). Pursuant to that stipulation, Plaintiff is awarded the sum of $5,500.00. The award of attorney fees satisfies all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412. If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

**IT IS SO ORDERED.**

6-17-2014
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**